

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-16-00244-CV

**SIG GROUP ENT. LLC**,
Appellant

v.

**MWJI, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-21171
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The clerk's record and the reporter's records were originally due on April 28, 2016. On April 29, 2016, the trial court clerk filed a Notification of Late Record, stating the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **no later than May 19, 2016** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to file such written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Ms. Angeliz F. Rivera-Martin is one of the court reporters responsible for preparing, certifying, and filing the reporter's record in this appeal. On May 2, 2016, Ms. Rivera-Martin filed a Notification of Late Record, stating that the reporter's record has not been filed because appellant has failed to designate a reporter's record and has failed to pay or make arrangements to pay the reporter's fee for preparing the record.

Ms. Kayleen Rivera is another court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal. On May 4, 2016, Ms. Rivera filed a Notification of Late Record, stating that the reporter's record has not been filed because appellant has failed to designate a reporter's record and has failed to pay or make arrangements to pay the reporter's fee for preparing the record.

If appellant desires a reporter's record from Ms. Rivera-Martin and/or Ms. Rivera, and has not already done so, appellant is hereby ORDERED to (1) request in writing, **no later than May 19, 2016**, that a reporter's record be prepared and (2) designate in writing, **no later than May 19, 2016**, the exhibits and those portions of the record to be included in the reporter's record. *Id.* Appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court **no later than May 19, 2016**.

It is also ORDERED that appellant provide written proof to this court **no later than May 19, 2016** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to provide such written proof within the time provided, the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2016.



_____
Keith E. Hottle
Clerk of Court